United States District Court
District of Connecticut

Edward Vines
          V.
John J. Armstrong, Et Al.

Prisoner
Civil No. 3: 02CV1108 (JCH)(HBF)

December 26, 2003

## Motion For Enlargement

The Plaintiff hereby request a motion for enlargement of time, till this date, to file their[HIS] amended complaint. The amended complaint accompany this request.

It should be brought to the court's attention that the plaintiff did not receive the "ruling on motion to dismiss" [DKT. No. 15] dated December 10, 2003 from the court, until 12-23-03, two (2) days after the deadline (12-21-03) ordered by the court.

Edward Vines
Edward Vines
N.C.I / P.O. Box 665
Somers, Ct. 06071

## Certificate of Service

I hereby certify that a copy of the foregoing was mailed on this 26th day of December 2003, to: Michael J. Lanoue
Asst. Attorney General
110 Sherman St.
Hartford, Ct. 06105

Edward Vines
Edward Vines