UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EDWARD VINES

    v.

PRISONER CASE NO.
3:02-cv-1108 (JCH)

JOHN ARMSTRONG, ET AL.

**RULING AND ORDER**

The plaintiff seeks an extension of time to file his amended complaint. The plaintiff's Motion for Extension of Time **[doc. # 20]** is **GRANTED**. The Clerk is directed to docket the amended complaint attached to the plaintiff's motion.

SO ORDERED this 23 day of January, 2004, at Bridgeport, Connecticut.

                                                              /s/_____
                                                      HOLLY B. FITZSIMMONS
                                                    UNITED STATES MAGISTRATE JUDGE