UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| EDWARD VINES | : | PRISONER<br>CIVIL NO. 3:02CV1108 (JCH)(HBF) |
| v. | : |  |
| COMMR. JOHN ARMSTRONG, ET AL. | : | FEBRUARY 6, 2004 |

**MOTION FOR ENLARGEMENT OF TIME TO FILE
A RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT**

The defendants respectfully request an enlargement of time to March 2, 2004, to file their response to plaintiff's amended complaint, for the following reasons:

1. Defendants' counsel has other litigation responsibilities requiring his immediate attention;

2. Defendants' counsel will be absent from work between February 12, 2004 and February 24, 2004.

This is the defendants' first motion for enlargement of time for this purpose.

Plaintiff is proceeding pro se and is currently confined to the custody of the Commissioner of Correction, therefore his position as to this request has not been ascertained.

**WHEREFORE**, it is respectfully requested that this request be granted.

          DEFENDANTS
          Commr. John Armstrong, et al.

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL


BY: _____
   Michael J. Lanoue
   Assistant Attorney General
   110 Sherman Street
   Hartford, CT  06105
   Federal Bar #ct05195
   E-Mail:  michael.lanoue@po.state.ct.us
   Tel: (860) 808-5450
   Fax: (860) 808-5591


## **CERTIFICATION**

  I hereby certify that a copy of the foregoing was mailed to the following on this 6th day of February 2004:

  Edward Vines #181047
  Northern Correctional Institution
  P.O. Box 665
  Somers, CT 06071


          _____
          Michael J. Lanoue
          Assistant Attorney General