UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EDWARD VINES

    v.

PRISONER CASE NO.
3:02-cv-1108 (JCH)

JOHN ARMSTRONG, ET AL.

**RULING AND ORDER**

The defendants seeks an extension of time to file a response to the amended complaint. The Motion for Extension of Time **[doc. # 24]** is **GRANTED**. The defendants shall file their response to he amended complaint on or before March 2, 2004.

SO ORDERED this 12th day of February, 2004, at Bridgeport, Connecticut.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE