UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD VINES | : | PRISONER<br>CIVIL NO. 3:02CV1108 (JCH)(HBF) |
| v. | : | |
| COMMR. JOHN ARMSTRONG, ET AL. | : | MARCH 1, 2004 |

**MOTION FOR ENLARGEMENT OF TIME TO FILE
A RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT**

The defendants respectfully request an enlargement of time to March 12, 2004, to file their response to plaintiff's amended complaint, for the following reasons:

1. Defendants' counsel has been unable to discuss this case with all of the defendants due to illness and various absences on the part of the defendants.

This is the defendants' second motion for enlargement of time for this purpose.

Plaintiff is proceeding pro se and is currently confined to the custody of the Commissioner of Correction, therefore his position as to this request has not been ascertained.

**WHEREFORE**, it is respectfully requested that this request be granted.

        DEFENDANTS
        Commr. John Armstrong, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY: _____
     Michael J. Lanoue
     Assistant Attorney General
     110 Sherman Street
     Hartford, CT  06105
     Federal Bar #ct05195
     E-Mail:  michael.lanoue@po.state.ct.us
     Tel: (860) 808-5450
     Fax: (860) 808-5591


## **CERTIFICATION**

    I hereby certify that a copy of the foregoing was mailed to the following on this 1st day of March 2004:

    Edward Vines #181047
    Northern Correctional Institution
    P.O. Box 665
    Somers, CT 06071


        _____
        Michael J. Lanoue
        Assistant Attorney General