UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 MAY 13 P 4: 43

U.S. DISTRICT COURT
BRIDGEPORT, CONN

EDWARD VINES

    v.

JOHN ARMSTRONG, ET AL.

PRISONER CASE NO.
3:02-cv-1108 (JCH)

### RULING AND ORDER

The defendants seek an extension of time to file an answer to the amended complaint. The Motion for Extension of Time **[doc. # 26]** is **GRANTED** nunc pro tunc.

SO ORDERED this __12__ day of __May__, 2004, at Bridgeport, Connecticut.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE