UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | | PRISONER |
| EDWARD VINES | : | CIVIL NO. 3:02CV1108 (JCH)(HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | JUNE 29, 2004 |

## MOTION FOR ENLARGEMENT

The defendants request a 30-day enlargement of time to July 30, 2004, to file a dispositive motion for the following reasons:

1. Defendants' counsel has been out of work for medical reasons;

2. Defendants' counsel has been unable to prepare said motion due to other litigation responsibilities.

This is the defendants' first motion for enlargement for this purpose.

Plaintiff is proceeding pro se and is currently confined to the custody of the Commissioner of Correction. As such, his position as to this motion has not been ascertained.

                                        DEFENDANTS
                                        John Armstrong, et al.

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL

                           BY:_____/s/_____
                               Michael J. Lanoue
                               Assistant Attorney General
                               110 Sherman Street
                               Hartford, CT  06105
                               Federal Bar #ct05195
                               E-Mail:  michael.lanoue@po.state.ct.us
                               Tel: (860) 808-5450
                               Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 29th day of June 2004:

Edward Vines #181047
MacDougall/Walker Correctional Institution
1153 East Street South
Suffield, CT 06078

_____/s/_____
Michael J. Lanoue
Assistant Attorney General