United States District Court
District of Connecticut

**FILED**
2004 JUL -7 A 11: 48
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Edward Vines
vs.
John Armstrong, Et Al.

: Prisoner
: Civil No: 3:02cv1108(JCH)(HBF)
: Date

### Request For Trial Date

The Plaintiff, Edward Vines, hereby gives notice and brings to the attention of the Court, that as of January 30, 2004 the <u>First Scheduling order</u> was issued in the above caption matter, ordering the Defendants to file any motions to dismiss, answer or other reply within 30 days of the date of said order.

On March 12, 2004 the Defendants filed their <u>answer and affirmative Defenses to Amended Complaint</u>.

The <u>First scheduling order</u> issued by the Court (Paragraph 4.) also reads: All motions for Summary Judgment shall be filed within Five months (150 days) of the date of this order: Till this date, there has been no Summary Judgment motions filed by neither party.

The Plaintiff has completed his discovery and is prepared to move foreward to trial.

Wherefore, The Plaintiff humblly requests that a trial date be set in the above caption matter.

Respectfully,
Edward Vines
1153 east street south
Suffield, ct. 06080

Certificate of Service

I hereby certify that a copy of the foregoing was mailed on this 6th day of July 2004, to:

Michael J. Lanove
Asst. Attorney general
110 Sherman St.
Hartford, ct. 06080

signed: [signature]