United States District Court
District of Connecticut

**FILED**
2004 JUL -7 A 11:48
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Edward Vines
    vs.
John Armstrong, Et Al

: Prisoner
: Civil 3:02CV1108(JCH)(HBF)
: Date

### Motion For Settlement Conference

The Plaintiff, Edward Vines, hereby motions for a Settlement Conference in the above caption matter, that has been before the Court since June 25, 2002, in attempt to save time and the cost of a trial.

Respectfully,
Edward Vines
1153 East Street South
Suffield, CT. 06080

### Certificate of Service

I hereby certify that a copy of the foregoing was mailed on this 6th day of July, 2004, to: Michael J. Lanoue
Asst. Attorney General
110 Sherman St
Hartford, CT. 06105

x Edward Vines