UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD VINES | : | PRISONER<br>CIVIL NO. 3:02CV1108 (JCH)(HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | JULY 30, 2004 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56, Fed.R.Civ.P., the defendants move for summary judgment for the reasons more fully set forth in the accompanying Memorandum of Law, filed herewith.

        DEFENDANTS
        John Armstrong, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY:_____/s/_____
        Michael J. Lanoue
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct05195
        E-Mail:  michael.lanoue@po.state.ct.us
        Tel: (860) 808-5450
        Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 30th day of July 2004:

Edward Vines #181047
MacDougall/Walker Correctional Institution
1153 East Street South
Suffield, CT 06078


_____/s/_____
Michael J. Lanoue
Assistant Attorney General