UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| EDWARD VINES | ) ) ) ) | PRISONER Case No. 3:02cv1108 |
| v. | ) ) | Judge (JCH)(HBF) |
| JOHN ARMSTRONG, ET AL | ) ) ) ) | Notice of Manual Filing |

Please take notice that the defendants have manually filed the following document or thing

Exhibit 1 and Exhibits A-D

This document has not been filed electronically because

[ x ]   the document or thing cannot be converted to an electronic format
[  ]    the electronic file size of the document exceeds 1.5 megabytes
[  ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

_____/s/_____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Phone: (860) 808-5450
Fax: (860) 808-5591
E-mail: michael.lanoue@po.state.ct.us
Fed. Bar #ct05195