UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD VINES | : | PRISONER<br>CIVIL NO. 3:02CV1108 (JCH)(HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | JULY 30, 2004 |

## MATERIAL FACTS IN SUPPORT OF
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1. The plaintiff filed a habeas corpus petition in Connecticut Superior Court regarding the issue of whether he had been protected from assault by Department of Correction personnel. Exhibits A, B, Edward Vines v Warden, State Prison, JD Tolland at Rockville, CV01-0003438.

2. On February 22, 2004, the Superior Court ruled that the defendants had not been deliberately indifferent to the plaintiff's safety in any of the assaults alleged to have occurred in 2002, including one with inmate Ramos on March 20, 2002. Exhibit A.

3. The habeas court found that "On March 20, 2002, the petitioner was attacked by his cellmate, inmate William Ramos, while the petitioner was handcuffed in his cell preparatory to being taken out of his cell for recreation. Id., p.2, #7.

4. The correction officers promptly stopped the fight and the petitioner suffered by minor injuries. Id., at pp. 2-3; Medical Records; Medical Incident Report, Exhibit C.

5. The State court found that correctional officials were not ". . . in any way deliberately indifferent to the safety concerns of the petitioner." Memorandum of Decision, Feb. 24, 2004, Vines v. Warden, p.9, Exhibit A.

6.  Correctional officers' response to the alleged assaults of the plaintiff, including the assault by inmate Ramos was "rapid." Id., pp. 9-10.

7.  The plaintiff was seen by Margaret Clark, R.N., at 8:50a.m., March 20, 2002. Id., Medical Incident Report, Medical Records, Exhibit C.

8.  Nurse Clark noted he was alert, oriented, gait steady, vital signs stable, pupils equal and reactive to light, left lateral side of forehead had a quarter-sized red area, slightly swollen, skin intact, no other injuries noticeable. Plaintiff denied any other injuries. Id.

9.  The plaintiff was instructed to apply cool compresses to his head. Nurse Clark instructed him to utilize sick call as needed. Id.

10. On March 20, 2002, the plaintiff was incarcerated at the Northern Correctional Institution and shared a cell with inmate William Ramos. Incident Report, p.1, Exhibit D.

11. Correctional Officers Curtis and Warner went to the plaintiff's cell to allow him recreation. Id.

12. The plaintiff was handcuffed through a trap door. Id.

13. After being restrained, inmate Ramos punched the plaintiff on the head in the view of correctional officers. Id.

14. Plaintiff's handcuffs were removed by correctional officers. Id.

15. A code was called to obtain additional staff. Id.

16. Staff entered the cell and separated inmates Ramos and Vines. Incident Report of Captain Zacharewicz, Exhibit D.

17.     At 2:40a.m. on March 21, 2002, the plaintiff was seen by Nurse William Pruyne complaining of chest pain.  The plaintiff was examined and found to be without symptoms.  As a precaution, the Nurse ordered no recreation for three days,  Exhibit C.

18.     On March 23, 2002, the plaintiff was seen by Nurse Michael Lymon with complaints of chest pain.  The plaintiff's vital signs were normal and he had no cardiac issues.  The Nurse gave the plaintiff health education relating to eating and sleeping.  Id.

19.     The plaintiff was seen on April 2, 2002, by Nurse Anna Zuccalo (Vitanza) on the plaintiff's complaint that he wanted to be "checked out" because he had been hit in the head.  Nurse Zuccalo assessed the plaintiff's vital signs, performed neurological checks, and referred him to the Advanced Practice Registered Nurse (APRN).  Nurse Zuccalo also instructed him to continue relaxation techniques.  Id.

20.     On April 8, 2002, the plaintiff refused to leave his cell to see the APRN.  Id.

21.     On May 31, 2002, the plaintiff was examined by APRN Katz-Feinberg.  Plaintiff complained of headaches.  APRN Katz-Feinberg performed a physical examination of the plaintiff.  Plaintiff was found to be within normal limits.  Id.

22.     After the incident with inmate Ramos, the plaintiff claims he was assaulted on June 17, 2002, June 26, 2002, July 1, 2002 and August 13, 2002.  Memorandum of Decision, Vines v. Warden, p.3.  Exhibit A.

23.     In a grievance filed after May 31, 2002, the plaintiff claims his complaints of injuries in June of 2002 were for injuries occurring after seeing the APRN on May 31, 2002, Exhibit 1.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____/s/_____
    Michael J. Lanoue
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Federal Bar #ct05195
    E-Mail:  michael.lanoue@po.state.ct.us
    Tel: (860) 808-5450
    Fax: (860) 808-5591


## **CERTIFICATION**

    I hereby certify that a copy of the foregoing was mailed to the following on this 30th day of July 2004:

Edward Vines #181047
MacDougall/Walker Correctional Institution
1153 East Street South
Suffield, CT 06078


_____/s/_____
Michael J. Lanoue
Assistant Attorney General