Exhibit 7

MAYOR
DANNEL P. MALLOY



CITY OF STAMFORD
OFFICE OF LEGAL AFFAIRS

888 WASHINGTON BOULEVARD
P.O. BOX 10152
STAMFORD, CT 06904-2152
(203) 977-4081
FAX (203) 977-5560

DIRECTOR OF LEGAL AFFAIRS
AND CORPORATION COUNSEL
THOMAS M. CASSONE

DEPUTY CORPORATION COUNSEL
SYBIL V. RICHARDS

ASSISTANT CORPORATION COUNSEL
JAMES V. MINOR
JOHN W. MULLIN, JR.
KENNETH B. POVODATOR
BURT ROSENBERG
MICHAEL S. TOMA

August 3, 2004

Clerk
Magistrate J. Holly Fitzsimmons
U.S. District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

    Re:   Vines v. Callahan, et al, 3:99 CV 01746 JCH (HBF)

Dear Sir/Madam:

    I enclose, pursuant to the court's request after the settlement video conference with Mr. Vines on Monday 8/2/04, a copy of the fax I sent the office of Attorney Stone in New Haven, as well as the following decisions cited by the City's third Special Defense that plaintiff's action is barred by collateral estoppel and/or is barred by Heck v Humphrey, 512 US 477 (1994):

- "State v. Vines", 71 Conn App 359 (2002) (8 pages), which affirms the conviction for robbery of Mr. Petitt,
- "State v. Vines", 71 Conn App 751 (2002) (15 pages), aff'd per curiam, State v. Vines, 268 Conn 239, 842 A2d 1086 (2004), which affirms the conviction of tampering with a witness, Mr. Petitt, at the first trial;
- the habeas corpus decision, "Vines v. Warden", 2003 WL 22097921 (7 pages), currently on appeal as AC 24789, which discusses both convictions and rejects a claim of ineffective counsel at the second trial.

    These copies from West reporter have the parts that I consider relevant underlined.

    Note- I did not include two other reported habeas decisions which are not relevant, "Vines v. Warden", 2003 WL 1901064, 34 Conn. L. Rptr. 421 (2002) (denial of request for public defender to pursue claim of inhuman conditions) and "Vines v. Warden", 2004 WL 425050 (denial of habeas that assignment to administrative segregation was unconstitutional and that officials were deliberately indifferent to his safety by allowing assaults by other inmates).

# Incident Report - Page 1
## Connecticut Department of Correction

☑ Individual  Exhibit 2
☐ Summary

CN 650

| Facility/CSO | NCI | Incident location | | Report no. |
|---|---|---|---|---|
| Prepared By | CURTIS, DOUGLAS | Title | C/O | Report date 3-20 |
| Incident Class ☐1 ☐1a ☐2 ☒3 | | Type | A | Time 8:15 ☒ a.m. |

| Inmate Name (last and first) | Hsg Unit | Race | ID no. | Status | Staff name (last and first) | Race | Title |
|---|---|---|---|---|---|---|---|
| RAMOS, WILLIAM | 1W206A | H | 222333 | | CURTIS, DOUGLAS | W | C/O |
| VINES, EDWARD | 1W206B | B | 181047 | | WARNER, RICK | W | C/O |
| | | | | | COX, STEVEN | W | C/O |
| | | | | | DUCLOS, JEFF | W | C/O |
| | | | | | CASEY, JOE | W | L.T. |
| | | | | | KNAPP, ROBERT | W | LT |

Status code: V = victim, S = suspect, E = escape, R = first employee Responder, W = inmate witness, EW = employee witness
Race code: W = White, B = Black, H = Hisp, N = Native American, O = Other

**NARRATIVE:** On the above date and time, myself and C/O Warner went to cell of 1-west to take inmate Vines out for recreation. This officer then applied cuffs on I/m Vines through the trap. As soon as the cuffs were on I/m Vines, I/m Ramos began to viciously assault I/m Vines, punching him on the head with clenched fists. ████████████████████████████████ C/O Warner went to intercom and instructed the pod officer to call a code blue for 206. During entire incident, I gave I/m R continuous direct orders to stop assaulting I/m Vines. Inmate Ramos did not comply. I then directed I/m Vines to be uncuffed in order to protect himself

Reporting employee signature: [signature]
Title: C/O
Date: 3-20-02

### FOLLOW UP

Property Damage: N/A   Value $ —
Contraband Recovered: N/A
Physical Force: Yes   Chemical Agents: N/A   Restraints: —

Assigned to:
☐ Protective Custody   ☐ Isolation   ☐ Medical
☐ Administrative Detention   ☐ Outside hospital
☐ 15 – minute watch   ☐ Other:

PETITIONER'S EXHIBIT 28

# Incident Report – Page 3

CN6601

[ ] Individual
[x] Summary

**Connecticut Department of Correction**

| Unit | NORTHERN C.I. | Report # | | Report Date | 3/21/02 |
|---|---|---|---|---|---|
| Prepared by | Zacharewicz | Title | Captain | Signature | |

Incident Class  1 [ ]  1a [ ]  2 [ ]  3 [x]   Type  A   Time  8:35  [x] A.M.  [ ] P.M.   Date  3/20/02

Following the application of the restraints on inmate Vines # 181047 for recreation escort purposes, his cell partner inmate Ramos #▓▓▓▓ attacked Vines and hit him several times. Officer Warner got on the intercom and informed the pod control officer that the inmates were engaged in a fight with-in the cell. As officers Warner and Curtis awaited assistance from additional responding staff they managed to remove the restraints from inmate Vines through the passage slot. This was done only to give inmate Vines the opportunity to defend himself until there was sufficient staff present to safely break the confrontation up. As soon as the restraints were removed from inmate Vines, Ramos stepped away from Vines and ceased his attack. At this point the unfair advantage that he had was gone therefore out of fear of injury to himself he ceased. Inmate Vines whos hands were now free stood near the door ready to defend himself from further attack. Staff then entered the cell removed each inmate from the cell one at a time. The inmates were seen by medical staff and treated for minor injuries that appear to be consistant with injuries caused from an altercation. An▓▓▓ profile request was submitted on the two inmates. Inmate Ramos was reassigned to another cell. He was issued a disciplinary report due to his assultive behvaior.

None of the reponding staff were injured during the incident. Both inmates when questioned were unable to give a reason for the onset of the incident. The Shift Commander was notified about the details of the incident. This information was then passed along to the Major of Operations.

# Incident Report – Page

CN6601

[X] Individual
[ ] Summary

Connecticut Department of Correction

| Unit | NORTHERN C.I. | Report # | 0203060 | Report Date | 3/20/02 |
| Prepared by | Knapp, Robert | Title | Lt. | Signature | |

Incident Class  1 [ ]  1a [ ]  2 [ ]  3 [X]   Type  F   Time  8:30  [X] A.M.  [ ] P.M.   Date 3/20/02

On the above date and time, this Lt. responded to a CODE ███ called in the 1 - West Housing Unit. Upon responding, Captain Weir and responding staff were at cell #206. This Lt. then reported to cell #206 to assist with the incident. Upon arriving at cell #206, this Lt. witnessed Captain Weir giving inmate William Ramos ███ ( A/S level five ) and inmate ███ Vines #181047 (A/S level five), clear verbal direction to come to the trap to allow restraint application. The inmates complied and staff applied hand restraints. Once secured the inmates were directed to face the cell walls and staff entered the cell and the leg irons were applied with no incident. The inmates were then escorted out of cell #206 methodically. This Lt. as a secondary responder, then supervised staff escort inmate inmateVines #181047 and Ramos #███ as Video Operator Chimielorz recorded the incident. Officers Cox and Warner escort inmate Vines and Officer Duclos and Smith, R. escorted inmate Ramos to the Medical Triage Room, under standard operating procedure, for assessment. Nurse Zuccalo then reported no issues and that inmate Vines and Ramos could remain in the unit without any restrictions. Officer Cox then escorted inmate Vines back to cell #206 while Officer Duclos escorted inmate Ramos to cell #211 without further incident. Officer Warner stated that while restraining inmate Vines for recreation inmate Ramos began punching inmate Vines. Officer Warner also stated that inmate Vines was able to pull hisarms back into the trap prior to the restraint application.

Inmate Ramos stated to this supervisor that he was sleeping and did not know what happened in the cell.

Inmate Vines stated that while being restrained for recreation inmate Ramos began punching him. When asked if he knew why this occurred, he offered no response.

Then once the above incident and investigation were completed, the follwing corrective action was taken:

Inmate Vines and Ramos were issued D/R's for Fighting.

███ profile was completed to keep both inmates seperated in the future.

Inmates Vines and Ramos retained all of their personal property.

There were no staff injuries and staff were not exposed to any body fluids.

The Aurora cassette was reviewed, however, the video was inconclusive.

One photograph was taken of inmate Vines and Ramos, showing no injuries.

Lastly, Major Whidden and Shift Commander Zacharewicz were apprised of the aforementioned incident and corrective action taken.

# Incident Report – Page 5

CN6601

[X] Individual
[ ] Summary

**Connecticut Department of Correction**

| Unit | NORTHERN C.I. | Report # 0203000 | Report Date 3/20/02 |
| Prepared by | Weir, Kim | Title Capt. | Signature Kim Weir |

Incident Class  1 [ ]  1a [ ]  2 [ ]  3 [X]   Type A   Time 8:40  [X] A.M.  [ ] P.M.   Date 3/20/02

On the above date this supervisor, Capt. Weir responded to a Code ▓▓▓ that was called over the radio to 1W/206. When I approached cell 206 I observed the following two inmates involved in a physical altercation Ramos Williams #▓▓▓▓▓ (Phase 1 A/D pending A/S hearing) and Vines Edward #181047 (Phase 1 A/S level 5). Both inmates were given a direct order by this supervisor to cease their combative actions. This order was ignored and a second order was given and both inmates allowed unit staff to place handcuffs on them. The cell door was opened and (leg irons, teather chain) were applied. Both inmates were removed by staff and seen by medical staff, both inmates were re-assigned to different cell. The unit returned to normal operations shortly after this incident.

# INCIDENT REPORT – PAGE 6

CN6601

[X] Individual
[ ] Summary

Connecticut Department of Correction

| Unit | NORTHERN C.I. | Report # | 0205060 | Report Date | 3/20/02 |
| Prepared by | Joe Casey | Title | Lt. | Signature | |

Incident Class 1 [ ] 1a [ ] 2 [ ] 3 [X]   Type F   Time 8:30 [X] A.M. [ ] P.M.   Date 3/20/02

On the above date and time, this Lt. responded to a CODE ▓▓▓ called in the 1 - West Housing Unit. Upon responding, responding Supervisors and staff were at cell #206. This Lt. then reported to cell #206 to assist with the incident. Upon arriving at cell #206, this Lt. witnessed inmate William Ramos #▓▓▓▓ ( A/S level five ) and inmate Curtis Vines #181047 (A/S level five), who was inmate Ramos's cellmate, secured and being escorted out of cell #206 methodically. This Lt. as a secondary responder, then supervised staff with inmate Vines #181047 as Video Operator Chimielorz recorded the incident. This Lt. witnessed Officers Cox and Warner escort inmate Vines to the Medical Triage Room, under standard operating procedure, for assessment. Nurse Zuccalo then reported no issues and that inmate Vines could remain in the unit without any restrictions. Officer Cox then escorted inmate Vines back to cell #206 without further incident.

Then once the above incident and investigation were completed, the follwing corrective action was taken:

Inmate Vines was issued a D/R for Fighting.

Inmate Vines returned back to cell #206, seperated from inmate Ramos.

▓▓▓▓▓ profile was completed to keep both inmates seperated in the future.

Inmates Vines retained all of his personal property.

There were no staff injuries and staff were not exposed to any body fluids.

The ▓▓▓▓▓ was reviewed, however, the video was inconclusive.

One photograph was taken of inmate Vines, showing no injuries.

See Captain Weir summary on interviews he conducted with both inmates involved in the " CODE ▓▓▓ ".

Lastly, Major Whidden and Shift Commander Zacharewicz were apprised of the aforementioned incident and corrective action taken.

*[signatures]* 3/20/02

# Incident Report – Page ∧

☑ Individual
☐ Summary

Connecticut Department of Correction

Unit: NORTHERN C.I.   Report #: 0203060   Report Date: 3-20-02
Prepared by: CURTIS, DOUGLAS   Title: C/O   Signature: [signed]
Incident Class: 1 ☐  1a ☐  2 ☐  3 ☑   Type A   Time: 8:55 ☑ A.M. ☐ P.M.   Date: 3-20-02

from the brutal assault being conflicted by I/m Ramos. At this time, c/o Warner secured I/m Vines left arm and I removed the restraints. As soon as the restraints were moved, I/m Ramos ceased his assaultive action and went to the back of the cell. Inmate Vines remained at the cell door. At no time did I/m Vines make any attempt to assault I/m Ramos. Upon Captain Weir and responding staff arrived, I/m Ramos and I/m Vines were cuffed, restrained and escorted to medical screening where they were checked by medical staff. Inmate Vines was returned to cell 206 and I/m Ramos was taken to cell #211.

# Incident Report – Page 8

☒ Individual
☐ Summary

**Connecticut Department of Correction**

| Unit: NORTHERN C.I. | Report # 0703060 | Report Date 3-20-02 |
|---|---|---|
| Prepared by WARNER | Title c/o | Signature WAM |
| Incident Class 1 ☐ 1a ☐ 2 ☐ 3 ☒ | Type A   Time 8:35 ☒ A.M. ☐ P.M. | Date 3-20-02 |

ON THE ABOVE DATE AND TIME, OFFICER CURTIS AND MYSELF WENT TO CELL #1W-206 TO TAKE INMATES VINES #181047 AND RAMOS #222333 OUT FOR RECREATION. OFFICER CURTIS APPLIED HANDCUFFS TO I/M VINES. AS SOON AS THE CUFFS WERE ON I/M VINES, I/M RAMOS BEGAN TO VICIOUSLY ASSAULT I/M VINES PUNCHING HIM IN THE HEAD WITH CLENCHED FISTS CONTINUOUSLY. I HAD TO LEAVE THE IMMEDIATE AREA TO NOTIFY THE CONTROL POD VIA INTERCOM DUE TO HAVING A RADIO SHORTAGE IN 1-WEST. WHEN I RETURNED TO CELL 1W-206 I/M VINES PUT HIS ARMS OUT OF THE TRAP DOOR AT THE DIRECTION OF OFFICER CURTIS. AT THAT TIME I SECURED I/M VINES LEFT ARM WHILE OFFICER CURTIS REMOVED THE RESTRAINTS, SO INMATE VINES COULD PROTECT HIMSELF FROM THE BRUTAL ASSAULT BY I/M RAMOS. WHEN THE RESTRAINTS WERE REMOVED OFF I/M VINES, I/M RAMOS IMMEDIATELY WENT TO THE REAR OF THE CELL WHILE I/M VINES REMAINED AT THE CELL DOOR. AT NO TIME DID I/M VINES MAKE ANY ATTEMPT TO ASSAULT I/M RAMOS. WHEN CAPTAIN WEAR AND SEVERAL OTHER STAFF ARRIVED, BOTH I/M'S WERE CUFFED THEN TAKEN DOWN TO THE MEDICAL ROOM FOR TREATMENT. WITHOUT FURTHER INCIDENT, I/M VINES RETURNED TO 1W-206 AND I/M RAMOS WAS PUT IN 1W-211.

| | | |
|---|---|---|
| Facility/CSO: Northern C.I. | Report No. 0203060 | Report Date: 03/20/02 |
| Prepared by: Cox, Stephen | Title: Correction Officer | Signature: |
| Incident class: 3 | Type: A | Time: 835 AM |

On the Above Date And time this staff Member responded to a Code Called for 1-West 206. This officer then Applied hand cuffs to I/m Vines, Edwin #181047. I then held Control of I/m Vines left side and escorted him to the Medical Screening where he was check by Medical personal. I then Escorted him back to 1West 206 with out any Additional Incident.

## Summary

Connecticut Department of Correction

| Facility/CSO | | Report No. 0203060 | Report Date 3-20- |
| --- | --- | --- | --- |
| Prepared by C/O Guimond | | Title Correction Officer | Signature C/O [illegible] |
| Incident class: 1☐ 1A☐ 2☐ 3☒ | Type A | | Time 8:35 ☒ am ☐ pm |

On the above date and time this officer was notified by C/O Warner using the tier intercom that the I/M's in cell 206 1 west were fighting. This officer then called a code ■■■ on the radio. This officer writing this report is the control officer in 1 west. End of Report. ED

| | | |
|---|---|---|
| Facility/CSO: NCI | Report No. 0303060 | Report Date: 3-20-02 |
| Prepared by: DUCLOS, JEFFREY | Title: C/O | Signature: [signed] |
| Incident class: ☐ IO ☐ IA ☐ IE ☒ IF | Type: A | Time: 835 ☒ AM ☐ PM |

ON THE ABOVE DATE AND TIME THIS OFFICER RESPONDED TO A CALLED CODE ▓▓▓ IN 1W-206 CELL. THIS OFFICER APPLIED LEG IRONS AND TETHER CHAIN TO I/M RAMOS, WILLIAM ▓▓▓ 1W-206A WHO FOUGHT WITH I/M VINES, EDWARD 181047. THIS OFFICER ESCORTED I/M RAMOS BY HIS LEFT ARM AND WRIST TO MEDICAL SCREENING FOR TREATMENT AND TO CELL 1W-211 WITHOUT FURTHER INCIDENT.

[signature] 3-20-02

Individual ☒ / Summary ☐ — Incident Report — Page __ — Department of Correction

| Facility/CSO | NCI | Report No. | 0703060 | Report Date | 3/20/02 |
| Prepared by | Chmielorz | Title | CO | Signature | Chmely |
| Incident class | 1☐ 1A☐ 2☐ 3☒ | Type | A | Time | 835 ☒ Am ☐ Pm |

Code ▓▓ called 1W-206 I/m Ramos #▓▓▓ vs Vines #181047. This writer responded with video camera to 1W-206

*[signature]*

CN 050

# USE OF FORCE REPORT

Individual [X]

Summary [ ]

Unit   Northern C.I.        Report Number  0203060    Report Date  3/20/02

Prepared by   JOE CASEY              Title   LT.

Inmate Name   ▇▇▇▇ VINES             Inmate number   #181047

Date, Time and Location of Incident   3/20/02, 8:30 AM, 1W - 206,

Circumstances leading to use of force:

On the above date and time, this Lt. responded to a CODE ▇▇▇ called in the 1 - West Housing Unit. Upon responding, responding Supervisors and staff were at cell #206. This Lt. then reported to cell #206 to assist with the incident. Upon arriving at cell #206, this Lt. witnessed inmate William Ramos ▇▇▇ ( A/S level five ) and inmate ▇▇▇ Vines #181047 (A/S level five), who was inmate Ramos' cellmate, secured and being escorted out of cell #206 methodically. This Lt. as a secondary responder, then supervised staff with inmate Vines #181047 as Video Operator Chimielorz recorded the incident. This Lt. witnessed Officers Cox and Warner escort inmate Vines to the Medical Triage Room, under standard operating procedure, for assessment. Nurse Zuccalo then reported no issues and that inmate Vines could remain in the unit without any restrictions. Officer Cox then escorted inmate Vines back to cell #206 without further incident.

Type and extent of force used (to include any armory items used):

SEE ABOVE

Complete (only when appropriate) by staff member if assaulted by inmate:

Do you feel that the inmate should be considered for criminal prosecution?

YES [ ]      NO [ ]

Staff Signature _____   Title  Lt.   Date  3/20/02

Investigating Supervisor's Signature _____   Title  Capt.   Date  3/20/02

Attachment A

# USE OF FORCE REPORT

15

Individual [X]

Summary [ ]

Unit **Northern C.I.**    Report Number **0203060**    Report Date **3/20/02**

Prepared by **Chmielok**    Title **CO**

Inmate Name **Vines**    Inmate number **181047**

Date, Time and Location of Incident **3/20/02, 8:35 AM, 1W-206**

Circumstances leading to use of force:

Code ■■■ 1W-206 Fight between I/m Vines # 181047 and Ramos # ■■■

Type and extent of force used (to include any armory items used): This writer responded with Video Camera. This writer observed proper D.O.C. Technics.

Complete (only when appropriate) by staff member if assaulted by inmate:

Do you feel that the inmate should be considered for criminal prosecution?

YES [ ]    NO [ ]

Staff Signature **Chmielok**    Title **CO**    Date **3/20/02**

Investigating Supervisor's Signature _____    Title **LT**    Date **3/20/02**

Attachment A

# USE OF FORCE REPORT

Individual [X]

Summary [ ]

Unit: Northern C.I.  Report Number: 0203060  Report Date: 03/20/02

Prepared by: Cox, Stephen  Title: Correction Officer

Inmate Name: Vines, Edward  Inmate number #: 181047

Date, Time and Location of Incident: 03/20/02  8:35 AM  1-West-206

Circumstances leading to use of force:

A Code ███ was called for 1-West 206

Type and extent of force used (to include any armory items used):

This Staff Member Applied Handcuffs to the Above Named Inmate and Escorted him Securing his left side to the Medical Screening Room where he was Checked by Medical and Escorted him back to 1-West 206 without Any Additional Incident.

Complete (only when appropriate) by staff member if assaulted by inmate:

Do you feel that the inmate should be considered for criminal prosecution?

YES [ ]   NO [ ]

Staff Signature: [signature]  Title: C/O  Date: 03/20/02

Investigating Supervisor's Signature: [signature]  Title: LT  Date: 3/20/02

Attachment A

CN 65

17

# USE OF FORCE REPORT

Individual [X]

Summary [ ]

Unit __Northern C.I.__   Report Number __0203060__   Report Date __03-20-02__

Prepared by __Knapp, Robert__   Title __Lieutenant__

Inmate Name __Vines__   Inmate number __181047__

Date, Time and Location of Incident   __03-20-02 / 08:35am. / 1 West 206__

Circumstances leading to use of force:

Code ● inmate Vines and inmate Ramos

Type and extent of force used (to include any armory items used):

Observed staff secure the inmates and escort them to the medical screening area. Once completed the inmates were placed into housing areas with no incident. No other force observed by this writer.

Complete (only when appropriate) by staff member if assaulted by inmate:

Do you feel that the inmate should be considered for criminal prosecution?

YES [ ]    NO [ ]

Staff Signature _[signature]_   Title __Lieuteant__   Date __03-20-02__

Investigating Supervisor's Signature _Capt. [signature]_   Title   Date __3-21-02__

CN 6501

# USE OF FORCE REPORT

Individual [X]

Summary [ ]

Unit   Northern C.I.   Report Number  0203060   Report Date  03-20-02

Prepared by   Knapp, Robert   Title   Lieutenant

Inmate Name   Ramos   Inmate number  ▮▮▮▮▮

Date, Time and Location of Incident   03-20-02 / 08:35am. / 1 West 206

Circumstances leading to use of force:

Code Blue inmate Vines and inmate Ramos

Type and extent of force used (to include any armory items used):

Observed staff secure the inmates and escort them to the medical screening area. Once completed the inmates were placed into housing areas with no incident. No other force observed by this writer.

Complete (only when appropriate) by staff member if assaulted by inmate:

Do you feel that the inmate should be considered for criminal prosecution?

YES [ ]   NO [ ]

Staff Signature _____   Title  Lieuteant   Date  03-20-02

Investigating Supervisor's Signature _____   Title _____   Date  3/21/02

Attachment A

# USE OF FORCE REPORT

Individual [X]

Summary [ ]

Unit __Northern C.I.__   Report Number __0203060__   Report Date __3-20-02__

Prepared by __WARNER__   Title __CORRECTION OFFICER__

Inmate Name __VINES, EDWARD__   Inmate number __181047__

Date, Time and Location of Incident __3-20-02__   __8:35 am__   __1W-206__

Circumstances leading to use of force:

A CODE ■ WAS CALLED IN 1W-206.

Type and extent of force used (to include any armory items used):

THIS OFFICER ESCORTED INMATE VINES BY HIS RIGHT ARM TO THE MEDICAL SCREENING ROOM FOR TREATMENT THEN TO CELL 1W-206 WITHOUT ANY FURTHER INCIDENT. NO FORCE WAS USED BY THIS OFFICER.

Complete (only when appropriate) by staff member if assaulted by inmate:

Do you feel that the inmate should be considered for criminal prosecution?

YES [ ]   NO [X]

Staff Signature __Warner__   Title __c/o__   Date __3-20-02__

Investigating Supervisor's Signature _____   Title __LT__   Date __3/21/02__

Attachment A

# USE OF FORCE REPORT

Individual ☐

Summary ☐

Unit **Northern C.I.**   Report Number **0203020**   Report Date **03-20-02**

Prepared by **CURTIS, DOUGLAS**   Title **C/O**

Inmate Name **VINES, EDWARD**   Inmate number **181047**

Date, Time and Location of Incident **03-20-02 / 8:35 am / 1W206**

Circumstances leading to use of force:

Code ▇ was called in 1W206.

Type and extent of force used (to include any armory items used):

Upon entering cell #206, this officer applied leg irons + tether to I/m Vines.

Complete (only when appropriate) by staff member if assaulted by inmate:

Do you feel that the inmate should be considered for criminal prosecution?

YES ☐   NO ☐

Staff Signature _____   Title **C/O**   Date **03-20-02**

Investigating Supervisor's Signature _____   Title **LT**   Date **03-20-02**