UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| EDWARD VINES | : | PRISONER<br>CIVIL NO. 3:02CV1108 (JCH)(HBF) |
| v. | : |  |
| JOHN ARMSTRONG, ET AL. | : | FEBRUARY 17, 2005 |

## SUPPLEMENTAL FILING OF EXHIBIT "C" IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

The defendants respectfully file the enclosed records which were inadvertently excluded from Exhibit "C" in support of their Motion for Summary Judgment.

        DEFENDANTS
        John Armstrong, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY:_____/s/_____
        Michael J. Lanoue
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct05195
        E-Mail:  michael.lanoue@po.state.ct.us
        Tel: (860) 808-5450
        Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 17th day of February 2005:

Edward Vines #181047
MacDougall/Walker Correctional Institution
1153 East Street South
Suffield, CT 06078

```
            /s/
```
Michael J. Lanoue
Assistant Attorney General