UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| EDWARD VINES | ) ) ) ) | Case No. 3:02CV1108 |
| v. | ) ) | Judge (JCH)(HBF) |
| JOHN ARMSTRONG, ET AL | ) ) ) ) | Notice of Manual Filing |

    Please take notice that the defendants have manually filed the following document or thing

    Exhibit "C" – Inmate medical records

This document has not been filed electronically because

[ ]    the document or thing cannot be converted to an electronic format
[ x ]    the electronic file size of the document exceeds 1.5 megabytes
[ ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

[ x ]    the records cannot be scanned into the Court system due to privacy concerns.

The document or thing has been manually served on all parties.

                                              Respectfully submitted,

                                              _____/s/_____
                                              Michael J. Lanoue
                                              Assistant Attorney General
                                              110 Sherman Street
                                              Hartford, CT 06105
                                              Phone: (860) 808-5450
                                              Fax: (860) 808-5591
                                              E-mail:  michael.lanoue@po.state.ct.us
                                              Fed. Bar #ct05195