UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EDWARD VINES

v.

JOHN J. ARMSTRONG
PETER MATOS
VINCENT SANTOPIETRO
LARRY MYERS
MAURICE BUTLER
WILLIAM FANEUFF
KIM WEIR
ROBERT KNAPP
JOSEPH CASEY
PAT WOLLENHAUPT
MARGARET CLARK
MEDIC ANNA
MS. ST. JOHN
CORRECTIONAL OFFICER CURTIS
CORRECTIONAL OFFICER WARNER
CORRECTIONAL OFFICER COX
CORRECTIONAL OFFICER SMITH
CORRECTIONAL OFFICER MALONEY
IRENE WOOLVEN

PRISONER
CASE NO. 3:02cv1108 (JCH) (HBF)

## J U D G M E N T

This cause came on for consideration on the defendants' motion for summary judgment before the Honorable Janet C. Hall, United States District Judge. The Court has considered the motion and all the related papers. On March 29, 2005, the Court filed its Ruling granting defendants' motion.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 29th day of March, 2005.

KEVIN F. ROWE, Clerk

By /s/ Cynthia Earle
Cynthia Earle
Deputy Clerk

Entered on the Docket _____