United States District Court
District FILED Connecticut

Edward Vines

2005 APR 12 P 2: 41

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Prisoner Case No.

V.

3:02-cv-1108 (JCH)

John Armstrong, et al.

Notice of intent to Appeal

on march 28, 2005 the court ruled in favor of the defendant(s) on their motion For Summary Judgment, wherein the above Caption matter was ordered dismissed.

The Plaintiff, Edward Vines, hereby give notice of his intent to appeal the Courts decission.

Respectfully,

Edward Vines prose

1153 east street south
Suffield, ct. 06080

Certification

I hereby certify that a copy herein was mailed on this 4th day of April 2005, to: Richard T. Bigger
Asst. Attorney General
110 Sherman st.
Hartford, ct. 06105