MANDATE

Date: 9/20/05

Docket Number:       05-1855-pr
Short Title:         Vines v. Armstrong
DC Docket Number:    02-cv-1108
DC:                  DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:            Honorable Janet Hall

FILED

SEP 2 0 2005

Roseann B. MacKechnie, Clerk
SECOND CIRCUIT

2005 SEP 30 P 1: 04

U.S. DISTRICT COURT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, 20th day of September, two thousand five.

**Edward C. Vines,**

      **Plaintiff-Appellant,**

      **v.**

**John J. Armstrong, Comm, Ind, Peter Matos, Dept Comm, Ind, Vincent Santopietro, Security Dir., Ind, Larry Myers, Warden, Ind, Maurice Butler, Capt, Ind, William Faneuff, Capt, Ind, Kim Weir, Capt, Ind, Robert Knapp, Lt, Ind, Joseph Casey, Lt, Ind, Patricia Wollenhaupt, Med Admin, Ind, Margaret Clark, Medic, Ind, Anna, Medic, Ind, St. John, Ms, Ofcr, Ind, Curtis, Ofcr, Ind, Warner, Ofcr, Ind, Cox, Ofcr, Ind, Smith, Ofcr, Ind, Maloney, Ofcr, Ind, Irene Woolven, Mental Health Case Worker, Ind,**

      **Defendant-Appellee.**

The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia, either pay the docketing fee or move for leave to proceed *in forma pauperis*, and that in the event of default of this requirement the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of March 29, 2005 United States District Court for the District of Connecticut at New Haven be, and it hereby is **DISMISSED.** Any motions pending prior to the entry of this order of dismissal are deemed **MOOT.**

For the Court,
Roseann B. MacKechnie, Clerk

By: Yolanda Siders
Deputy Clerk

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK,

Certified:    SEP 2 0 2005